UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCES KALENDAR, on behalf of herself and all others similarly situated,

               Plaintiff,

against

SOUTHERN TIDE, LLC,

               Defendant.

CIVIL ACTION NO.: 20 Civ. 2449 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Settlement Conference scheduled for September 15, 2020 (see ECF No. 13) will now be held by telephone. The parties are directed to call the Court's conference line at the scheduled time: (866) 390-1828; access code: 380-9799.

Dated:     New York, New York
           September 9, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**